#67877-054

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

Benjamin Jimenez

                        Defendant.
-----------------------------------------------------------x

**ORDER**

13 Cr. 58(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Benjamin Jimenez, having been re-sentenced to time served, on indictment 13 Cr.58, shall be released from the custody of the United States Marshals, and transferred to state custody to complete his state sentence.

    SO ORDERED.

Dated:    November 14, 2019
               New York, New York

                                       ALVIN K. HELLERSTEIN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19